JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ESTEVAN LEPE, | ) | No. CV 18-157-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MONTGOMERY, W. L., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 18, 2019

/s/ George H. Wu
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE